B5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor(s) – If Individual: Last, First, Middle)<br>Emanuel Schwartz | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden and trade names.) |
|---|---|
| Last Four digits of Social Security or other Individual's Tax-I.D. No/ Complete EIN (If more than one, state all) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>9 Franklin Avenue 1-B    11249<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>KINGS                               ZIP CODE | MAILING ADDRESS OF DEBTOR (if different from street address)<br>543 Bedford Avenue P.M.B.#292<br>Brooklyn, N.Y. 11211     ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed address)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
[x] Chapter 7         [ ] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box) | Type of Debtor<br>(Form of Organization) | Nature of Business<br>(Check one box) |
|---|---|---|
| Petitioners believe<br>[x] Debts are primarily consumer debts<br>[ ] Debts are primarily business debts | [x] Individual (Includes Joint Debtor)<br>[ ] Corporation (Includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below) | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[ ] Other - |

| VENUE | FILING FEE (Check one box) |
|---|---|
| [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer of such 180 days than in any other District.<br><br>[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [x] Full Filing Fee attached<br><br>[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br><br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in §304(g) of the bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATION
(check applicable boxes)

1 [x] Petitioner(s) are eligible to file this petition pursuant to 11 U S C & 303 (b).

2 [x] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3a [x] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

b [ ] Within 120 days preceding the filing of this petition, a custodian other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) – Page 2                                Name of Debtor(s) Blueberry Realty, LLC

Case No. __19-_____

| | |
|---|---|
| **TRANSFER OF CLAIM**<br>Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a) | |
| **REQUEST FOR RELIEF**<br>Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. | |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____/S/_____
Signature of Petitioner or Representative (State title)

Name of Petitioner: **LAZAR WALDMAN**   Date Signed: _____

Name & Mailing Address of Individual Signing in Representative Capacity:
**694 MYRTLE AVE. #420**
**B'KLYN, N.Y. 11205**

X_____ Signature of Attorney   Date _____
Name of Attorney Firm (If any): _____
Address: _____
Telephone No.: _____
Fax: _____

---

X_____
Signature of Petitioner or Representative (State title)

Name of Petitioner: _____   Date Signed: _____

Name & Mailing Address of Individual Signing in Representative Capacity:
**LAZAR WALDMAN**
**694 MYRTLE AVE. #420**
**BROOKLYN, NY. 11205**

X_____ Signature of Attorney   Date _____
Name of Attorney Firm (If any): _____
Address: _____
Telephone No.: _____

---

X_____
Signature of Petitioner or Representative (State title)

Name of Petitioner: _____   Date Signed: _____

Name & Mailing Address of Individual Signing in Representative Capacity:
**LAZAR WALDMAN**
**694 MYRTLE AVE #420**
**B'KLYN, 11205**

X_____ Signature of Attorney   Date _____
Name of Attorney Firm (If any): _____
Address: _____
Telephone No.: _____

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| | | |
| | | |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above

Total Amount of Petitioner's Claims $**17,500.00**

_____continuation sheet attached

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X
In re:                                                                          INVOLUNTARY CHAPTER 7
EMANUEL SCHWARTZ                                                  Case No.14-
                                    Debtor.
_____X
INVOLUNTARY CHAPTER 7 PETITION

Petitioner Lazar WALDMAN, respectfully alleges:

1. Petitioner, with an address at 694 Myrtle Ave. Suite 420 Brooklyn, NY 11205, (the "Petitioning Creditor"), holding an unsecured claim against the Debtor, not contingent as to liability and not in dispute, amounting to $17,500.00.

2. The nature of the claim is for repayment of a loan given by the petitioner to the Debtor, in April, 2007, which was due and payable by April 15, 2009, and the amount of the loan and claim is 17,500.00.

3. The Debtor has his principal place of residence within the district for a longer of One Hundred Eighty (180) days preceding the filing of this Involuntary Petition than in any other district, to wit:  the Debtor's address within the district is

4. The DEBTOR is an individual against whom an Order for Relief may be entered under Title XI; Chapter 7 of the United States Bankruptcy Code.

5. The Debtor is generally not paying the debts as they become due and that the claim(s) are not contingent as to liability and not subject to bona fide dispute, that the creditors are not employees or insiders of the debtor, , and there are fewer than twelve creditors of this debtor, that the petitioning creditor knows of one other creditor, and that said claims amount in aggregate, in excess of any lien on the Debtor's property securing such claims, to at least $17,500.00

6. Petitioner did present contracts, invoices and statements evidencing the debt, and did demand payment, which was refused.

7. Upon information and belief, the Debtor does not have more than twelve (12) creditors.

8. It is believed that a Chapter 7 petition is the only relief to be granted, and it is further believed that when all facts are known, it will be determined that the Debtor is not able to be rehabilitated.

WHEREFORE, the Petitioning Creditor requests that an Order for Relief be entered against the Debtor under Chapter 7 of Title 11 of the United States Bankruptcy Code.

Dated: Brooklyn, New York
           October 7, 2014

x _____

UNSWORN DECLARATION

Lazar Waldman declares that the foregoing is true and accurate to the best of my knowledge, information, and belief.
Dated: Brooklyn, New York
           October 7, 2014

_____
Lazar Waldman